SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannnon.com

Attorneys for Defendant
    MARK HICKS JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK HICKS JR.,<br><br>    Defendant. | No. CR 13-0079 PJH<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE PERMIT DEFENDANT TO ATTEND CHURCH SERVICES** |

    Defendant MARK HICKS JR. was released from custody on various terms and conditions, including electronic monitoring. The Court permitted Mr. Hicks to leave his residence for specified reasons, under the supervision of Pretrial Services. His attendance at church services was not discussed during that hearing.

    Mr. Hicks wishes to attend church services on Sunday morning at a church in Oakland, California. His Pretrial Services Officer, Victoria Gibson, has stated that she had no objection to Mr. Hicks being allowed four hours, including travel time, on each Sunday to attend church services.

The parties STIPULATE that this Court may modify the conditions of Mr. Hicks' pretrial release to permit him to attend church services on Sunday under the supervision of Pretrial Services.

IT IS SO STIPULATED.

DATED: March 1, 2013                    /s/
                                        Keslie Stewart
                                        Assistant United States Attorney

DATED: March 1, 2013                    /s/
                                        Scott A. Sugarman
                                        Attorney for Mark Hicks Jr.

SO ORDERED.

DATE:   March 1, 2013

                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO MODIFY CONDITONS OF PRETRIAL RELEASE
No. CR 13-0079 PJH

2