1  SCOTT A. SUGARMAN (No. 68277)
   SUGARMAN & CANNON
2  180 Montgomery St., Suite 2350
   San Francisco, CA. 94104
3  Telephone: (415) 362-6252
   Facsimile: (415) 362-6431
4  scott@sugarmanandcannnon.com

5  Attorneys for Defendant
        MARK HICKS JR.
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND VENUE
11

12  UNITED STATES OF AMERICA,              )    No. CR 13-0079 PJH
                                           )
13         Plaintiff,                      )
                                           )
14  v.                                     )    STIPULATION AND ORDER TO
                                           )    MODIFY CONDITIONS OF
15  MARK HICKS JR.,                        )    PRETRIAL RELEASE PERMIT
                                           )    DEFENDANT TO TRAVEL TO
16         Defendant.                      )    EASTERN DISTRICT OF
                                           )    CALIFORNIA
17

18

19         Defendant MARK HICKS JR. was released from custody on various terms and

20  conditions, including electronic monitoring and under the supervision of Pretrial Services.  The

21  Court permitted Mr. Hicks to continue his work as a performer, including allowing him to

22  perform at shows with notice to his Pretrial Services Officer.

23         Mr. Hicks has been performing in the three and one-half months since his release in

24  accordance with this Court's order.  Mr. Hicks has now been invited to perform at a show in

25  Fresno, California on June 14, 2013, and would like to appear and perform at that show.  Mr.

26  Hicks notified Victoria Gibson, his Pretrial Services Officer, that if she permits him to travel to

27

28  Fresno, California in the Eastern District of California for this performance, he would leave on

STIPULATION AND ORDER TO MODIFY CONDITONS OF PRETRIAL RELEASE
  No. CR 13-0079 PJH                                                                    1

the afternoon of June 14, 2013 to drive to the performance, and drive back to his home in the

early morning hours of June 15, 2013 after his performance.  Ms. Gibson has informed counsel

for the defendant that she does not object to Mr. Hicks being allowed to travel for this reason.

The government has informed defendant's counsel that she does not object to this modification

of Mr. Hicks' conditions of pretrial release.

      The parties STIPULATE that this Court may modify the conditions of Mr. Hicks' pretrial

release to permit him to travel to Fresno, California in the Eastern District of California on June

14, 3013, and return on the morning of June 15, 2013, to perform in a show, so long as he

informs Ms. Gibson of his expected travel plans prior to his departure and the location of the

show.

IT IS SO STIPULATED.

DATED: June 10, 2013                              /s/
                                           Keslie Stewart
                                         Assistant United States Attorney

DATED: June 10, 2013                              /s/
                                         Scott A. Sugarman
                                         Attorney for Mark Hicks Jr.

SO ORDERED.

DATE:  June 10, 2013

                             UNITED STATES MAGISTRATE JUDGE