MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 13-00079 PJH |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME FROM OCTOBER 1, 2014, TO NOVEMBER 19, 2014, SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| v. | |
| MARK DJANGO HICKS, JR., a/k/a Amir Rashad, | |
| Defendant. | |

     This matter is set before the Court on October 1, 2014, at 2:30 p.m. for change of plea/status. Time was excluded for effective preparation of counsel in the event that the parties could not reach a resolution by October 1. Since the last appearance, the government has provided defense counsel with a draft written plea agreement in furtherance of on-going plea negotiations, and defense counsel has reviewed it with his client. Neither party has authority to enter the agreement from his/her client tomorrow. The government provided material related to the loss calculations, and the defense has asked for additional information. Whether the case resolves or is set for trial, defense counsel will need additional time to investigate the evidence linking the defendant to various transactions and to make sense of the discovery, including the voluminous audio recordings allegedly of the defendant in furtherance of the fraudulent scheme. In addition, defense counsel is trying to obtain medical records

[PROPOSED] ORDER TO CONTINUE AND EXCLUDE TIME
CR 13-00079 PJH

and information in support of a request for leniency from the government as a result of the defendant's injuries and current medical situation.  The defendant is now paralyzed from the waist down and still medicated for pain and unable to transport himself.  These conditions continue to cause delays in defense counsel's ability to confer with him.  For all of these reasons, the parties jointly request that the matter be continued to November 19, 2014, at 2:30 for change of plea or motions setting.

The parties further jointly represent and agree that an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 1, 2014, to November 19, 2014, is appropriate to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED:  September 30, 2014         /s/
                                   KESLIE STEWART
                                   Assistant United States Attorney

DATED:  September 30, 2014         /s/
                                   SCOTT SUGARMAN
                                   Attorney for Defendant

## [PROPOSED] ORDER

This matter is continued to November 19, 2014, for change of plea or motions setting.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by excluding the above period of time outweighs the best interest of the public and the defendant in a speedy trial.

Accordingly, and with the consent of the defendant, the Court orders that the period from October 1, 2014, through November 19, 2014, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  September 30, 2014

_____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

[PROPOSED] ORDER TO CONTINUE AND EXCLUDE TIME
CR 13-00079 PJH