KATHRYN ROSS
CA SBN 171100
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
Telephone: (415) 297-1262
Email: katie@kathrynrosslaw.com

Attorney for Defendant
Mark Hicks

FILED
MAR 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

RECEIVED
UNITED STATES MARSHAL
2020 MAR 10 PM 2: 10
NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARK HICKS, III<br><br>          Defendant. | NO. CR-13-00079 (PJH)<br><br>[PROPOSED] RELEASE ORDER |

    The defendant, MARK HICKS, III in accordance with the Court's March 10, 2020 Order setting conditions of release: that the defendant shall be released on the previously secured $250,000 bond posted by Tia Hicks on February 28, 2020 in CR-20-108; the defendant shall wear an electronic monitoring device at all times; the defendant shall not go on the internet or use the internet for any purpose; the defendant shall not have access to a "smart phone" and have one "flip phone" that does not have access to the internet; the residence ███████████████████████████ shall disable internet access; the defendant shall deactivate all social media accounts; with the exception of a medical emergency, the defendant shall not leave his residence without the pre-approval of pretrial services and only for medical treatment, physical therapy or to meet with his attorney; all computers and phone

1  devices owned by other residents of the ▓▓▓▓ address shall be password protected and not
2  give defendant access; respectfully requests that he be immediately released ▓▓▓▓
3  ▓▓▓▓

5  Dated: March 10, 2020

        /s/Kathryn Ross
        Kathryn Ross

        Attorney for Defendant
        Mark Hicks

11      IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant, effective March 10, 2020 to his mother, Barbara Hicks. Defendant shall report to Oakland Pretrial Services on March, 11, 2020.

    IT IS SO ORDERED.

Dated: March 10, 2020

        DONNA M. RYU
        Senior United States District Judge