1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  BARBARA J. VALLIERE (DCBN 439353)
   DAVID J. WARD (CABN 239504)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-72340
8      david.ward@usdoj.gov
       barbara.valliere@usdoj.gov
9
   Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20 CR-0108 PJH '""""""""""""""""""35'ET/229; 'RIJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESET STATUS CONFERENCE DATES AND TO EXCLUDE TIME |
| v. | |
| MARK DJANGO HICKS, a/k/a KAFANI, TYRONE ALEXANDER JONES SUSAN ARREOLA-MARTIN, and CHRISTOPHER POOL, | |
| Defendants. | |

On February 11, 2020, a criminal complaint was filed in the above-captioned matter. *Dkt. No. 1*. On March 3, 2020, a grand jury returned a criminal indictment against the four listed defendants in the above-captioned case. *Dkt. No. 27*. The case was assigned to the Hon. Judge Vince Chhabria, and defendant Hicks made his initial appearance before that court on March 10, 2020.[1] *Dkt. No. 31*. The case was continued until May 5, 2020, and time was excluded under the Speedy Trial Act. *Id.*

Separately, on February 18, 2020, U.S. Probation filed a Form 12 Petition for Summons for

---

[1] Defendant Jones was arrested separately and is scheduled for arraignment on the indictment on March 26, 2020 before the Honorable Jacqueline Scott Corley. Defendants Arreola-Martin and Pool remain fugitives.

STIP. TO RESET STATUS CONF. DATES     1
No. 20-CR-0108 PJH='35'ET/229; 'RIJ

Offender Under Supervision for defendant Hicks, who was on supervised release after serving a 39-month sentence for a 2015 conviction in United States v. Hicks, CR 13-00079 PJH ("Hicks 2013 Case"). *Dkt. No. 171 (Hicks 2013 Case).* The parties are scheduled to appear before this Court on April 1, 2020 for an initial appearance/status conference on that Form 12. *Dkt. No. 175 (Hicks 2013 Case).*

On March 13, 2020 this Court related the 2013 and 2020 cases. *Dkt. No. 35.*

Based on the guidance from this Court in its *Important Notice Regarding COVID-19 and General Orders 72 and 73,*[2] the parties, by and through undersigned counsel, file this stipulation asking that the Court vacate the April 1, 2020 date for the status hearing on the Form 12 violation, and to request a date before this Court for a status hearing on the Form 12 violation, as well as the above-captioned matter, on May 6, 2020.

It is hereby further stipulated by and between counsel for the United States and counsel for the defendants that time be excluded under the Speedy Trial Act from March 10, 2020 to May 6, 2020. At the status conference held on March 10, 2020, the parties agreed, and the Court ordered, that time be excluded under the Speedy Trial Act from March 10, 2020 to May 5, 2020, so that defense counsel could continue to prepare, including by reviewing the discovery. For that reason and as further stated on the record at the status conference, the parties stipulated and agreed that excluding time until May 5, 2020, would allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties now further stipulate and agree that the ends of justice served by excluding the time from March 10, 2020 through May 6, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

//
//
//
//
//
//

---

[2] *See:* https://cand.uscourts.gov/notices/information-regarding-covid-19/

The undersigned Assistant United States Attorneys certifies that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

DATED: March 20, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

/s/ *David J. Ward*
DAVID J. WARD
BARBARA J. VALLIERE
Assistant United States Attorneys

/s/ *with permission*
KATHRYN ROSS
Attorney for defendant Mark HICKS

STIP. TO RESET STATUS CONF. DATES
No. 20-CR-0108 PJH='35'ET/229; 'RIJ

3

# [PROPOSED] ORDER

For the reasons stated above, the Court VACATES the status conference on the Form 12 violation scheduled in the related case (Hicks 2013 Case) for April 1, 2020 and CONTINUES that case, along with the above-captioned case, to May 6, 2020, for a status conference.

Further, based on facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from March 10, 2020 to May 6, 2020 for defendant would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 10, 2020 to May 6, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 10, 2020 through May 6, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED**.

DATED: March 20, 2020

HON. PHYLLIS J. HAMILTON
United States Chief District Judge