EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
MARK DJANGO HICKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK DJANGO HICKS, *et al.*,<br><br>Defendants. | Case No.: CR 18-0449 JD<br>CR 13-0079 JD<br><br>**DECLARATION OF EDWIN PRATHER IN SUPPORT OF DEFENDANT MARK DJANGO HICKS'S SENTENCING MEMORANDUM AND REQUEST FOR A DOWNWARD VARIANCE**<br><br>Hearing Date: September 12, 2022<br>Hearing Time: 10:30 a.m.<br>Judge: The Honorable James Donato |

I, EDWIN PRATHER, declare as follows:

[1] I am an attorney duly licensed to practice before the courts of the State of California and the United States District Court for the Northern District of California. I have been appointed to represent defendant MARK DJANGO HICKS in the above-titled matter, pursuant to the Criminal Justice Act, as Mr. Hicks is unable to afford the necessary expenses of his own defense. I make this declaration under in support of Mr. Hicks's Sentencing Memorandum and Request for a Downward Variance.

[2] A letter to the Court from Velma Arellano, in support of Mr. Hicks, is attached as Exhibit A.

[3] A letter to the Court from Tia Hicks, in support of Mr. Hicks, is attached as Exhibit B.

[4] A letter to the Court from Kelda Williams, in support of Mr. Hicks, is attached as Exhibit C.

[5] A letter to the Court from Erica Denton, in support of Mr. Hicks, is attached as Exhibit D.

[6] A letter to the Court from Christensen Sanders in support of Mr. Hicks, is attached as Exhibit E.

[7] A letter to the Court from Denise Coleman, in support of Mr. Hicks, is attached as Exhibit F.

[8] A letter to the Court from Barbara Hicks, in support of Mr. Hicks, is attached as Exhibit G.

[9] A letter to the Court from Noble Mitchell, in support of Mr. Hicks, is attached as Exhibit H.

[10] A letter to the Court from Randall Anderson, in support of Mr. Hicks, is attached as Exhibit I

[11] A letter to the Court from Keita Jones, in support of Mr. Hicks, is attached as Exhibit J.

[12] A letter to the Court from Dr. Patricia K. Foo, in support of Mr. Hicks, is attached as Exhibit K.

[13] A letter to the Court from David Carrneo, in support of Mr. Hicks, is attached as Exhibit L.

[14] A letter to the Court from Isaac Arellano, in support of Mr. Hicks, is attached as Exhibit M.

[15] A letter to the Court from Sparkle Hicks, in support of Mr. Hicks, is attached as Exhibit N.

[16] A letter to the Court from Brytanee Brown, in support of Mr. Hicks, is attached as Exhibit O.

[17] A letter to the Court from Mario Arellano, Sr., in support of Mr. Hicks, is attached as Exhibit P.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of August 2022, in San Francisco, California.

_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
MARK DJANGO HICKS

Declaration of Edwin Prather in Support of Defendant Mark Django Hicks's Sentencing Memorandum and Request for a Downward Variance [Case Nos. CR 18-0449 JD and CR 13-0079 JD]

3