The Honorable James Donato
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Donato:

Thank you for taking the time to review the below information.

I am, Velma Arellano, Aunt of Mark Hicks aka Kafani, sister of his now deceased father. I have been a resident homeowner of Pittsburg CA for the past 34 years. While I am currently a care giver, I previously worked for the City of Oakland in Rent Arbitration for over a decade. I ended my professional career as the Bay Area Regional Director of "Just Say No" International to become a fulltime mother and provide a homeschool education to my son. As a youth Mark spent many Christmas, spring and summer breaks with me and my family.

 Unfortunately, Mark's parents divorced in his early teens. Mark took up the mantle of "man of the house".  He would take two busses to take his younger sister to school and then take three busses to get to high school. He never complained but considered it his duty to help care for his sister.  He still exemplifies this level of commitment to his family.

When Mark was technically on his death bed, after being shot five times and gasping to breath, his only concern was for his mother. He wanted to make sure that she would not be alone and that I would stay connected with her. He has continued to help support and provide for his mother. Mark's love, respect and sense of duty to his mother is rare today. But while he loves his mother his love for his daughter and son knows no bounds and he has been an integral part of their lives. His dedication to their overall wellbeing is exemplary. He gives them respect, support, thoughtful guidance, unlimited love and acceptance. His support, presence and guidance are essential in their life as they begin their transition into young adulthood.

Most individuals would have been deterred to continue to embrace life once they incurred such a serious injury as suffered by Mark. While the mental and physical recover is never ending, he has endured and never complained. He has continued to provide support and care for his family and embody the role of head of family and promote family togetherness.

Mark endures to hone his musical craft and expand his brand. He has plans on mentoring youth who want to learn the fundamentals skills of making marketable music and how to maneuver the music industry. I believe that he would be an asset to the empowerment of youth through his music knowledge. He has used his social platform to bring attention to social justice issues always suggesting calm and respect. His influence is and can continue to be a great asset to the community at large.

Thank you, Judge Donato, for taking the time to consider the above information.

Very Truly Yours,

Velma D. Arellano