580 Vernon Street, Apt 9

Oakland, CA 94610

8/2/2022

The Honorable James Donato

United States District Court

450 Golden Gate Avenue

San Francisco, CA 94102

Dear Judge Donato:

My name is Tia Hicks and I am the sister of Mark Hicks. I am a Bay Area resident, born and raised in Oakland, CA and have dedicated my career to advancing social change for my community. I'm a former public school teacher, community organizer, philanthropist, and civil servant. I currently work for a local nonprofit where I support faith-based organizations in building affordable housing on their land. I am writing to provide you with some detail on Mark's character so that you have a complete picture of him as a full person – specifically as a father, son, and brother.

I have known Mark my entire life. He is my big brother, nine years older than me. In many ways, Mark has played more of a father role to me growing up then a brother, stepping in to care and provide for me when our father wasn't always present. When I was in elementary school and he was in high school, he took a bus across the city to make sure I was in school on time before getting back on the bus to attend his high school classes. This was helpful for me and my mom, as she had to commute to work from Oakland to San Francisco in the early mornings. He bought me my first pair of new, popular sneakers growing up, which may seem superficial, but was actually extremely important for my self-esteem growing up in the 90s and early-2000s in Oakland.

I am the first in our immediate family to graduate from college (Mark is the first to attend), and my brother stepped in to make sure that I had what I needed as I attended Cornell University. He bought me my first laptop before starting my freshman year, he ensured that I was able to visit home during breaks by buying my plane tickets, and he even helped my mother out with paying my cell phone bill while I was in school. His support was essential as I navigated my undergraduate education. Mark is undeniably a provider for our family and takes pride in showing up for the people he cares about. He continues to take this initiative

with his own children, who are now teenagers, making sure that they have what they need and are prepared to attend college.

Given the critical age of his children now, transitioning from teenagers to young adults, it's important for Mark to continue to be present in their lives to ensure that they have a stable foundation and make healthy decisions. Furthermore, Mark's health has been strained since becoming paralyzed and I have witnessed the decline of his health during his last sentence in prison. I do not want to see his condition worsen.

I know that my brother will continue to provide for his family and contribute positively to his community through his music and leadership, if given the opportunity.

I truly thank you for your consideration of the information that I have offered.

Sincerely,

*Tia Hicks*

Tia Hicks