July 27, 2022

The Honorable James Donato
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear The Honorable James Donato,

My name is Barbara Hicks. Mark Hicks is my son. I am writing this letter to you to express that my son is a good person who can be saved and who deserves a second chance. I know my son has been convicted of a bad crime.  But, even with his criminal record and this current sentencing hearing, he is a kind, caring, and loving individual that I will not give up on. He has made mistakes and must pay a price for his actions.  But I will not give up on Mark.

After my son was shot and almost killed in 2013, I learned a lot about him. I learned about his joy for life and how resilient he is. He has shown strength and courage from getting shot and not being able to walk. I saw how he appreciated and treated others. It has been hard paralyzed from the chest down and living in a wheelchair. It is hard dealing with the day-to-day burdens of that disability. It cannot be easy to have to have 24/7 care or to have your mother bathe or feed you. Instead of becoming despondent he lived every day to the fullest. He was more focused on giving back to the community than he is on his own career. He loved performing at community shows and helping young music artists. He would not always accept payment for his services even though I wish he would!

Mark went into federal custody in 2015 and everything changed. When Mark came home from jail in 2017, I was happy to have him home, but I knew that something had changed. He was not the same person who still felt excitement for each day.  Mark was depressed. I could see it in his eyes. He gained weight and lacked joy. I later discovered that he had been taking and abusing prescription painkillers. I know that this had a definite effect on his mood, his mental state, and his decision making. I am sure that these painkillers had an effect on him to get involved with this criminal conduct. It is not an excuse for what he did, but I blame myself for not making a better home for him when he returned from jail in 2017. I should have done more to help. It is one of the biggest mistakes of my life in that I was not there for my son.

I know that he became involved with Demarcus and some other men in some kind of real estate fraud scheme. It broke my heart to learn that he had fallen into the same trap again. I think he became involved with this fraud scheme for the camaraderie and not the money. It has never been about the money for Mark. He is such a giving person and he is able to function with very little. He does not live that musician lifestyle. Mark and I are simple people and I am quite satisfied taking care of my son and his daily needs.

I know that my son will go to prison for a number of years. He has been a true comfort to me. He has shown strength and courage from getting shot and not being able to walk. He continues to be strong willed and passionate about not letting his disability keep him down. He is kind and mild mannered. He is a father who takes full interest in his children. He encourages his kids to get good grades and go to college.

My son uses his music as a therapy to his disability and talks with youth about gun violence. He uses his story as an example to help motivate others. I love my son for making lemonade out of lemons. He gives people hope and inspiration and motivates them. He has a great following on social media and answers questions daily about living with a disability and mental health.

When my son comes out from prison this next time, I will be there for him. I will not let anything go wrong. I take care of him and keep him on the right path. That is my promise to you Judge Donato. I learned my lesson and so has Mark. Nothing is stronger than a mother's love.

Mark gets several infections every year and we are constantly in and out of the hospital and emergency room. The doctors don't have to tell me that my son's life on this Earth is not long. I can see that for myself. I must enjoy that time that he has left and I please ask that you give us a chance to continue to have Mark in our lives. He deserves a second chance and would ask that you exercise your discretion to be as lenient as possible.

Thank you,


Barbara Hicks